# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JULIA ASH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-17-0127-HE |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Julia Ash brings this action for judicial review of defendant Acting Commissioner of Social Security Administration's decision that she is not entitled to disability insurance benefits under the Social Security Act. The matter was referred to U.S. Magistrate Judge Gary Purcell for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B), (b)(3), and Fed.R.Civ.P. 72(b). Judge Purcell recommends the Acting Commissioner's decision be affirmed. The parties were advised of their right to file an objection to the Report and Recommendation by November 20, 2017. No objections have been filed. The parties therefore waive any right to appellate review of the factual and legal issues raised in the Report and Recommendation. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *see* 28 U.S.C. § 636(b)(1)(C). The court **ADOPTS** the Report and Recommendation [Doc. #22], a copy of which is attached to this order. The Acting Commissioner's decision is **AFFIRMED**.

**IT IS SO ORDERED.**

Dated this 6th day of December, 2017.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　JOE HEATON
　　　　　　　　　　　　　　　　　　　　CHIEF U.S. DISTRICT JUDGE